1052

No. 97–7840.  RIVERA v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–7847.  ROMAN v. DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 97–7849.  HOFFMAN v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 97–7887.  LOPEZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–7891.  SMITH v. DRAGOVICH, CORRECTIONS SUPERINTENDENT 2, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–7896.  ALI-BEY v. DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir.  Certiorari denied.

No. 97–7908.  ENTRUP ET UX. v. COLORADO ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–7935.  WELDON v. FERGUSON, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–7936.  WILLIAMS v. VENTURA COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–7958.  MCDONALD v. MCDANIELS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–7968.  COOPER v. PRUNTY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–7970.  CARTER v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 97–7998.  STRINGER v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 97–7999.  LEWIS v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–8006.  MAYLES v. LECHNER, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, ET AL. C. A. 3d Cir.  Certiorari denied.